United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 11, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-51320

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEVIN WILLIAMS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
(SA-01-CR-310-1)
--------------------

Before WIENER, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Kevin Williams was convicted on a charge of conspiracy to possess with intent to distribute more than five kilograms of cocaine, in violation of 21 U.S.C. § 846. He was subsequently sentenced to serve 151 months imprisonment to be followed by five years supervised release; and he was also ordered to pay a special assessment. On appeal, Williams contests the sufficiency of the evidence to support his conspiracy conviction, and contends that the district court wrongfully enhanced his

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sentence for obstruction of justice under § 3C1.1 of the Sentencing Guidelines and wrongfully denied a reduction under the "safety valve" provision of Guideline § 5C1.2.

We have carefully reviewed the record on appeal as well as the facts and applicable law advanced by the parties in their respective appellate briefs and their arguments before this panel. As a result, we are convinced that the evidence presented to the jury was more than sufficient to support a finding of guilt beyond a reasonable doubt on the conspiracy charge; and we are equally convinced that the sentencing court committed no reversible error in enhancing Williams's sentence for obstruction of justice and in denying him a 2-level reduction under the safety valve provision of the Guidelines. Williams's conviction and sentence are, in all respects,

AFFIRMED.